**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| LINK SNACKS, INC., ) | |
| ) | |
| Plaintiff, ) | Court File No. 13-cv-00604-JNE-JSM |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-100 ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF LINK SNACKS, INC.'S MOTION FOR EXPEDITED DISCOVERY

Pursuant to Federal Rule of Civil Procedure 26, Plaintiff Link Snacks, Inc. respectfully moves the Court for an order granting expedited discovery and entering the Court's standard protective order (Form 5).  The basis for this motion is set forth in Defendant's Memorandum in Support of Its Motion for Expedited Discovery the exhibits thereto, to be filed in accordance with Local Rule 7, and all papers and proceedings in this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  March 20, 2013 | By: s/William D. Schultz |
|  | Scott W. Johnston (MN# 247558) |
|  | William D. Schultz (MN# 323482) |
|  | 3200 IDS Center |
|  | 80 South 8th Street |
|  | Minneapolis, MN 55402 |
|  | Phone: 612.332.5300 |
|  | Fax: 612.332.9081 |
|  | |
|  | *Attorneys for Plaintiff* |
|  | *Link Snacks, Inc.* |