# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Link Snacks, Inc.**

                    Plaintiff(s),

vs.                                                         Case No. **13cv604 (JNE/JSM)**

**John Does 1-100**

                    Defendant(s).

## MEET-AND-CONFER STATEMENT

I, (name) **William D. Schultz**, representing the

(party) **Plaintiff(s)**, hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: **Unable to meet / see below** (party/parties or attorney/attorneys you met with)

    On: _____, ___ ____ (date you met and conferred)

    Discussing the following motion:

    **Motion for Expedited Discovery**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☐ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

The Plaintiff was unable to meet and confer with the Defendants because Plaintiff is uncertain who the Defendants are.

Signed this **20th** day of **March,** **2013**

Signature of Party    /s/William D. Schultz

Mailing Address

**Merchant & Gould P.C.**
**Suite 3200, 80 South Eighth Street**
**Minneapolis, MN 55402**

Telephone Number    **(612) 332-5300**

Note:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).