UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LINK SNACKS, INC.,                              CIVIL NO. 13-604 (JNE/JSM)

      Plaintiff,

v.                                              <u>ORDER</u>

JOHN DOES 1-100,

      Defendants.


The above matter came on before the undersigned upon Plaintiff's Motion for Extension of Time to Serve Summons and Complaint [Docket No. 10].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Serve Summons and Complaint [Docket No. 10] is GRANTED.  Plaintiff shall have to and including October 11, 2013 to serve the Summons and Complaint.


Dated:      July 22, 2013


*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge